## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## EASTERN  DIVISION

**GEORGE EARL SMITH,**                                                        **PETITIONER**

**V.**                                                                        **NO. 1:05CV290-D-D**

**JODY BRADLEY, ET AL,**                                                      **RESPONDENTS**

### FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** with prejudice as barred by the applicable statute of limitations.

**IT IS SO ORDERED**.

THIS the 8th  day of November, 2005.

/s/ Glen H. Davidson
CHIEF  JUDGE

Dockets.Justia.com