**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**GEORGE EARL SMITH,**                                                   **PETITIONER**

**V.**                                                             **NO. 1:05CV290-D-D**

**JODY BRADLEY, ET AL,**                                               **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** with prejudice as barred by the applicable statute of limitations.

**IT IS SO ORDERED**.

THIS the 8th day of November, 2005.

                                                            /s/ Glen H. Davidson
                                                            CHIEF JUDGE